**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| KAYLA LANIER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:23-CV-213 (LAG) |
| : | |
| HEALOGICS WOUND CARE : | |
| & HYPERBARIC SERVICES, LLC, : | |
| : | |
| Defendant. : | |
| : | |

# ORDER

Before the Court is Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (Motion). (Doc. 37).[1] Therein, Plaintiff requests that her deadline to respond to Defendant's Motion for Summary Judgment be extended by fourteen (14) days, through and including April 28, 2025. (*Id.* at 1).

On March 10, 2025, Defendant filed a Motion for Summary Judgment. (Doc. 32). On March 25, 2025, Plaintiff filed a Consent Motion to Extend Time for Summary Judgment Deadlines. (Doc. 35). On the same day, the Clerk of Court granted the extension pursuant to Local Rule 6.2. (*See* Docket). Plaintiff's Response is due April 14, 2025 and Defendant's Reply is due April 28, 2025. (*See* Docket). On April 4, 2025, Plaintiff filed the subject Motion. (Doc. 37).

Plaintiff represents that two of the three counsel of record[2] for Plaintiff in the above-captioned matter—Matthew Billips and Benjamin Stark—are counsel in another case recently before the Eleventh Circuit. (Doc. 37 ¶ 9). On April 1, 2025, a panel of the

---

[1] The Court rules on Plaintiff's Motion pursuant to Local Rule 7.7, which states that "motions for extensions of time" may be considered by the Court immediately after filing. M.D. Ga. L.R. 7.7. "Objections to the motion[] will be entertained even after entry of an order on the motion, however. Any party desiring to submit an objection to . . . the foregoing motion[] must file a written objection within seven (7) days after service of the motion." *Id.*

[2] Plaintiff represents that Victoria Williamson, third counsel of record, is no longer employed by the law firm of Barrett & Farahany and is not actively representing Plaintiff in this case. (Doc. 37 at 3 n.2).

Eleventh Circuit issued a decision adverse to counsels' client. (*Id.*). Their client will be seeking *en banc* review of the panel's decision and the time for completing that petition "substantially overlaps" with time for preparing Plaintiff's Response in this case. (*Id.* ¶¶ 10–11). Plaintiff represents that Heather Ryfa, who filed a Notice of Appearance on April 4, 2025, will now be responsible for Plaintiff's Response in this matter. (*See* Doc. 36). Plaintiff states, however, that Heather Ryfa "also faces conflicting deadlines[,]" as she is working on a "Summary Judgment Response in another case that is due on April 17, 2025." (Doc. 37 ¶ 13). Defendant does not consent to the requested extension. (*Id.* ¶ 16).

Upon consideration and for good cause shown, the Motion (Doc. 37) is **GRANTED**. Plaintiff shall have up to and including **Monday, April 28, 2025** to file a Response to Defendant's Motion for Summary Judgment. Defendant shall have up to and including **Monday, May 12, 2025** to file a Reply.

**SO ORDERED**, this 8th day of April, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**